J. HENRY BUTTRAM, *Appellant*, vs. SAMUEL N. DAVIS, *Appellee*.

Special Division B.

Decision filed March 25, 1931.

*J. Henry Buttram,* in pro. per. *J. Ben Fuqua, J. Oliver Brown, Jr., Grimes & Rowe* and *Ethel Sims,* for Appellant; *Dewey A. Dye* and *John F. Vanderipe, Jr.,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said Decree; it is, therefore, considered, ordered and adjudged by the Court that the said Decree of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.

GEORGE H. STRATNER, et al., *Appellants*, vs. LOUISE M. STONE, et al., *Appellees*.

Special Division B.

Decision filed March 25, 1931.

*Wm. G. King* and *J. Frank Houghton,* for Appellants; *Spear, Viney, Skelton & Pearce,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Decree herein, and briefs and argument of counsel for the respective parties, and the record having been

seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said Decree; it is, therefore, considered, ordered and adjudged by the Court that the said Decree of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.

A. L. KLINE and his wife, SARAH F. KLINE, *Appellants,* vs. VERNON LAND & TIMBER COMPANY, a corporation, *Appellee.*

Division B.

Decision filed March 27, 1931.

*James N. Daniel,* for Appellants;

*O. L. Crocker* and *Carter, Solomon, Welsh & Pierce,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

BENSON HARDWARE COMPANY, a corporation, *Plaintiff in Error,* vs. J. D. STOKES, *Defendant in Error.*

Division B.